UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Misc. No. 10-184 |
| v. | ) | |
| | ) | (Related to Cr. Nos. 92-86, 96-48 and 03-14) |
| TIMOTHY MILTON VALES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| EDGAR SNYDER & ASSOCIATES, | ) | |
| and its successors and assigns, | ) | Electronically Filed |
| | ) | |
| Garnishee | ) | |

**ORDER OF COURT**

AND NOW, this 26 day of June, 2010, upon consideration of the United States' Application for Writ of Garnishment, the Clerk of the United States District Court is hereby ordered to issue a Writ of Garnishment directed to Edgar Snyder & Associates.

_____
UNITED STATES DISTRICT JUDGE